AFFIDAVIT OF SUITABLE SERVICE  INDEX # 07CV3141 N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Helen I Green As Executrix Of The Estate
Of Michael H Levy Etc

- against -

Advanced Cardiovascular Imaging

PODLOFSKY ORANGE & KOL
98 Cutter Mill Road  2
GREAT NECK
NY 11021

(516) 487-7300

Atty File # PTF        Record # 88468        File # 132

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 05/04/07 at 3:45pm   at 62 E 88th Street New York Ny 10128 deponent served the within Summons & Complaint In A Civil Action on Advanced Cardiovascular Imaging
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Edna Reyes Receptionist a person of suitable age and discretion at 62 E 88th Street New York Ny 10128 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the Summons & Complaint In A Civil Action on 05/07/07 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 62 E 88th Street New York Ny 10128

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 25 Years   Approx Weight: 130 Lbs.   Approx Height: 5'4'
Sex: Female   Color of Skin: Brown   Color of Hair: Black
Other:

Deponent spoke to Edna Reyes-Receptionist same as above,

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 05/07/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812