UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Helen I. Green as Executrix of the Estate of Michael H. Levy, et al,*
                                    **Plaintiffs,**

-v-

*Advanced Cardiovascular Imaging*
                                    **Defendants.**

Case No.07 cv 03141(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Settlement

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         Nov. 27, 2007

                                    RICHARD J. SULLIVAN
                                    United States District Judge