```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
HELEN I. GREEN, as Executrix of      : 07 Civ. 3141 (JCF)
the Estate of MICHAEL H. LEVY, and   :
HELEN I. GREEN, Individually,        :   O R D E R
                                     :
                Plaintiffs,          :
                                     :
     - against -                     :
                                     :
ADVANCED CARDIOVASCULAR IMAGING,     :
                                     :
                Defendant.           :
- - - - - - - - - - - - - - - - - - -:
```



USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on March 3, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by May 30, 2008.

2. The pretrial order shall be submitted by June 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 3, 2008

Ira Podlofsky, Esq.
Podlofsky & Orange
98 Cutter Mill Road, Suite 299n
Great Neck, New York 11021

Patricia E. Permakoff, Esq.
James Pannone, Esq.
Morris Duffy Alonso & Faley
Two Rector Street, 22nd Floor
New York, New York 10006

2

Patricia E. Permakoff, Esq.
James Pannone, Esq.
Morris Duffy Alonso & Faley
Two Rector Street, 22nd Floor
New York, New York 10006